JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEEN INC., a DELAWARE corporation d/b/a WWW.KEENFOOTWEAR.COM<br><br>Defendant. | Case No. 2:25-cv-08185-CV (PVCx)<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

On January 28, 2026, the parties filed a stipulation to dismiss the above-entitled action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and DISMISSES WITH PREJUDICE the above-entitled action as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated:____2/11/26_____          By: _*Cynthia Valenzuela*_
                                    HON. CYNTHIA VALENZUELA
                                    UNITED STATES DISTRICT JUDGE

- 2 -